No. 63680.—Arnart Imports, Inc. *v.* United States, protest 58/15534 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of switch plates, wholly or in chief value of porcelain, used as an essential part of electrical apparatus and known as electrical porcelain ware, other, the claim of the plaintiff was sustained. Abstract 60629 followed.

No. 63681.—C. Daniele & Co., Inc., et al. *v.* United States, protests 159229–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.